ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR - 8 2022

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

UNITED STATES OF AMERICA

v.

DAMIAN JEREMIAH BROWN,
RYAN LAMONT GARNER, AND
LASHANA SIMMONS-JONES

Criminal Indictment

No. 1:22CR0077

THE GRAND JURY CHARGES THAT:

## Count One

Beginning on a date unknown, but at least by in or around January 2022, and continuing until on or about February 18, 2022, in the Northern District of Georgia and elsewhere, the defendants, DAMIAN JEREMIAH BROWN, RYAN LAMONT GARNER, and LASHANA SIMMONS-JONES, and others known and unknown to the grand jury, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with one another to knowingly make false and fictitious written statements to licensed dealers of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, in connection with the acquisition of firearms as to facts material to the lawfulness of the sale of said firearms, in violation of Title 18, United States Code, Section 922(a)(6).

## Overt Acts

In furtherance of the conspiracy and to accomplish its objectives, the defendants, DAMIAN JEREMIAH BROWN, RYAN LAMONT GARNER, and LASHANA

SIMMONS-JONES, committed, and caused to be committed, at least one of the following overt acts:

1. On or about February 14, 2022, GARNER and SIMMONS-JONES traveled to two federally licensed firearms dealers in the Northern District of Georgia for the purpose of unlawfully purchasing firearms on behalf of another individual.

2. On or about February 14, 2022, GARNER purchased nine firearms from two federally licensed firearms dealers and completed an ATF Form 4473 purporting to be the actual transferee and buyer of the firearms when, in fact, GARNER and SIMMONS-JONES intended to transfer the firearms to another individual.

3. On or about February 16, 2022, GARNER purchased six firearms from a federally licensed firearms dealer using funds provided by SIMMONS-JONES. As a part of the firearm purchases, GARNER completed an ATF Form 4473 purporting to be the actual transferee and buyer of the firearms when, in fact, GARNER and SIMMONS-JONES intended to transfer the firearms to another individual.

4. On or about February 18, 2022, BROWN drove GARNER and SIMMONS-JONES to a federally licensed firearms dealer for the purpose of unlawfully purchasing firearms on behalf of another individual. BROWN provided funds to GARNER for the unlawful purchase of six firearms.

All in violation of Title 18, United States Code, Section 371.

**Count Two**

Beginning on a date unknown, but at least by in or around January 2022, and continuing until on or about February 18, 2022, in the Northern District of Georgia and elsewhere, the defendants, DAMIAN JEREMIAH BROWN and LASHANA

2

SIMMONS-JONES, and others known and unknown to the grand jury, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with one another to willfully engage in the business of dealing in firearms, without being a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### Overt Acts

In furtherance of the conspiracy and to accomplish its objectives, the defendants, DAMIAN JEREMIAH BROWN and LASHANA SIMMONS-JONES, committed, and caused to be committed, at least one of the following overt acts:

1. On or about January 13, 2022, BROWN and SIMMONS-JONES exchanged WhatsApp messages discussing quantities and types of firearms to unlawfully purchase at a time when neither BROWN nor SIMMONS-JONES was licensed to deal in firearms.

2. On or about January 18, 2022, BROWN sent a WhatsApp message to SIMMONS-JONES stating, "Request for first 50" and a photograph showing a list of quantities and types of firearms to purchase.

3. On or about February 16, 2022, SIMMONS-JONES sent a WhatsApp message to BROWN stating, "I'm at arrowhead and grabbing 2-19 2-43x."

All in violation of Title 18, United States Code, Section 371.

## Count Three

On or about February 14, 2022, in the Northern District of Georgia, the defendants, RYAN LAMONT GARNER and LASHANA SIMMONS-JONES, and others known and unknown to the grand jury, aided and abetted by each other, in connection with the acquisition of at least one of the following firearms:

| Firearm | Manufacturer | Model | Caliber |
|---|---|---|---|
| Two (2) semi-automatic pistols | Glock | 43X | 9mm |
| One (1) semi-automatic pistol | Glock | 19 Gen5 | 9mm |
| One (1) semi-automatic pistol | Glock | 26 | 9mm |

did knowingly make a false and fictitious written statement to Forest Park Army Navy Store, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive the licensed firearms dealer as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant RYAN LAMONT GARNER falsely represented that he was the actual buyer of the firearm(s), when, in fact, as the defendants then and there well knew, defendant RYAN LAMONT GARNER was not the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6), and Section 2.

## Count Four

On or about February 14, 2022, in the Northern District of Georgia, the defendants, RYAN LAMONT GARNER and LASHANA SIMMONS-JONES, and others

known and unknown to the grand jury, aided and abetted by each other, in connection with the acquisition of at least one of the following firearms:

| Firearm | Manufacturer | Model | Caliber |
|---|---|---|---|
| Two (2) semi-automatic pistols | Glock | 43 | 9mm |
| Two (2) semi-automatic pistols | Glock | 26 Gen5 | 9mm |
| One (1) semi-automatic pistol | Glock | 19 | 9mm |

did knowingly make a false and fictitious written statement to Fairburn Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive the licensed firearms dealer as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant RYAN LAMONT GARNER falsely represented that he was the actual buyer of the firearm(s), when, in fact, as the defendants then and there well knew, defendant RYAN LAMONT GARNER was not the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6), and Section 2.

## Count Five

On or about February 14, 2022, in the Northern District of Georgia, the defendant, LASHANA SIMMONS-JONES, knowing that she had been previously convicted on or about December 20, 2007, in DeKalb County, Georgia, Superior Court, of at least one of the following offenses, that is, burglary, false imprisonment, and robbery, each of which was a crime punishable by

5

imprisonment for a term exceeding one year, did knowingly possess at least one of the following firearms:

| Firearm | Manufacturer | Model | Caliber |
|---|---|---|---|
| Two (2) semi-automatic pistols | Glock | 43X | 9mm |
| One (1) semi-automatic pistol | Glock | 19 Gen5 | 9mm |
| One (1) semi-automatic pistol | Glock | 26 | 9mm |

in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## Count Six

On or about February 16, 2022, in the Northern District of Georgia, the defendants, RYAN LAMONT GARNER and LASHANA SIMMONS-JONES, and others known and unknown to the grand jury, aided and abetted by each other, in connection with the acquisition of at least one of the following firearms:

| Firearm | Manufacturer | Model | Caliber |
|---|---|---|---|
| Four (4) semi-automatic pistols | Glock | 43X | 9mm |
| Two (2) semi-automatic pistols | Glock | 19 Gen5 | 9mm |

did knowingly make a false and fictitious written statement to Arrowhead Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive the licensed firearms dealer as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant RYAN LAMONT GARNER falsely represented that he was the actual buyer of the firearm(s), when, in fact, as the

defendants then and there well knew, defendant RYAN LAMONT GARNER was not the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6), and Section 2.

## Forfeiture

Upon conviction of one or more of any of the offenses alleged in this Indictment, the defendants, DAMIAN JEREMIAH BROWN, RYAN LAMONT GARNER, and LASHANA SIMMONS-JONES, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense(s).

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A  *True*  BILL

*/s/ Foreperson*
FOREPERSON

KURT R. ERSKINE
*United States Attorney*

*/s/ Annalise K. Peters*
ANNALISE K. PETERS
 *Assistant United States Attorney*
Georgia Bar No. 550845

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181