PS 42
(Rev. 7/93)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 1 3 2022

KEVIN P WEIMER, Clerk
By: DT Deputy Clerk

# United States District Court
## District of Northern District of Georgia

| | |
|---|---|
| United States of America | ) |
| vs. | ) |
| Ryan Lamont Garner | ) Case No. 1:22-CR-0077 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Ryan Lamont Garner__, have discussed with __USPO Skyra Watson__, Pretrial Services/ Probation Officer, modifications of my release conditions as follows:

**Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising office.**

I consent to this modification of my release conditions and agree to abide by this modification.

X _Ryan L. Garner_    7/8/22      _Skyra Watson_    7/10/2022
Signature of Defendant    Date      Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_      7/7/22
Signature of Defense Counsel      Date

☑ The above modification of conditions of release is ordered, to be effective on __07/12/2022__.

☐ The above modification of conditions of release is *not* ordered.

_J. Elizabeth McBath_      07/12/2022
Signature of Judicial Officer      Date